AO 121 (Rev. 06/16)

| TO:<br><br>**Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION ☐ APPEAL<br><br>DOCKET NO. | | DATE FILED | COURT NAME AND LOCATION |
|---|---|---|---|
| PLAINTIFF | | | DEFENDANT |

| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OR WORK** |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|

| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights

2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights

3) Upon termination of action, mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court

5) Case File Copy

Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-452-863

**Effective Date of Registration:**
April 04, 2025
**Registration Decision Date:**
July 16, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | oil painting on canvas-colorful rooster-modern impressionism |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | January 15, 2018 |
| **Nation of 1st Publication:** | Bulgaria |

## Author

| | |
|---|---|
| **Author:** | Ivaylo Nikolaev Nikolov |
| **Pseudonym:** | INikolov |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Bulgaria |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Ivaylo Nikolaev Nikolov<br>Yordan Yovkov, Varna, 3, Bulgaria |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Ivaylo Nikolaev Nikolov |
| **Email:** | ivo_nikolkow@yahoo.com |
| **Address:** | Yordan Yovkov<br>Varna 3 Bulgaria |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 04, 2025 |

Page 1 of 2

**Applicant's Tracking Number:** IN2025040407



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-452-857

**Effective Date of Registration:**
April 04, 2025
**Registration Decision Date:**
July 16, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Oil Painting. Sunflower field. Modern art |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | October 12, 2020 |
| **Nation of 1st Publication:** | Bulgaria |

## Author

| | |
|---|---|
| • **Author:** | Ivaylo Nikolaev Nikolov |
| **Pseudonym:** | INikolov |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Bulgaria |
| **Pseudonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Ivaylo Nikolaev Nikolov |
| | Yordan Yovkov, Varna, 3, Bulgaria |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Ivaylo Nikolaev Nikolov |
| **Email:** | ivo_nikolkow@yahoo.com |
| **Address:** | Yordan Yovkov |
| | Varna 3 Bulgaria |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |

Page 1 of 2

**Date**: April 04, 2025
**Applicant's Tracking Number**: IN2025040410



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-453-383

**Effective Date of Registration:**
April 04, 2025
**Registration Decision Date:**
July 22, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Beautiful multicolored peacock. Modern art |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | October 22, 2016 |
| **Nation of 1st Publication:** | Bulgaria |

## Author

| | |
|---|---|
| **Author:** | Ivaylo Nikolaev Nikolov |
| **Pseudonym:** | INikolov |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Bulgaria |
| **Pseudonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Ivaylo Nikolaev Nikolov<br>Yordan Yovkov, Varna, 3, Bulgaria |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Ivaylo Nikolaev Nikolov |
| **Email:** | ivo_nikolkow@yahoo.com |
| **Address:** | Yordan Yovkov<br>Varna 3 Bulgaria |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |

**Date:** April 04, 2025
**Applicant's Tracking Number:** IN2025040401



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-452-860

**Effective Date of Registration:**
April 04, 2025
**Registration Decision Date:**
July 16, 2025

## Title
**Title of Work:** oil painting on canvas-colorful rooster-modern impressionism II

## Completion/Publication
**Year of Completion:** 2018
**Date of 1st Publication:** January 15, 2018
**Nation of 1st Publication:** Bulgaria

## Author
- **Author:** Ivaylo Nikolaev Nikolov
  **Pseudonym:** INikolov
  **Author Created:** 2-D artwork
  **Citizen of:** Bulgaria

## Copyright Claimant
**Copyright Claimant:** Ivaylo Nikolaev Nikolov
Yordan Yovkov, Varna, 3, Bulgaria

## Rights and Permissions
**Name:** Ivaylo Nikolaev Nikolov
**Email:** ivo_nikolkow@yahoo.com
**Address:** Yordan Yovkov
Varna 3 Bulgaria

## Certification
**Name:** David Denholm
**Date:** April 04, 2025

**Applicant's Tracking Number:**    IN2025040408



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-453-598

**Effective Date of Registration:**
April 04, 2025
**Registration Decision Date:**
July 23, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | original oil painting on canvas-autumn landscape-modern impressionism |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | November 29, 2015 |
| **Nation of 1st Publication:** | Bulgaria |

## Author

| | |
|---|---|
| • **Author:** | Ivaylo Nikolaev Nikolov |
| **Pseudonym:** | INikolov |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Bulgaria |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Ivaylo Nikolaev Nikolov |
| | Yordan Yovkov, Varna, 3, Bulgaria |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Ivaylo Nikolaev Nikolov |
| **Email:** | ivo_nikolkow@yahoo.com |
| **Address:** | Yordan Yovkov |
| | Varna 3 Bulgaria |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 04, 2025 |

**Applicant's Tracking Number:** IN2025040421



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-453-378

**Effective Date of Registration:**
April 04, 2025
**Registration Decision Date:**
July 22, 2025

---

## Title

**Title of Work:** Original pastel painting on cardboard.Modern painting of a cow

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** May 28, 2015
**Nation of 1st Publication:** Bulgaria

## Author

- **Author:** Ivaylo Nikolaev Nikolov
  **Pseudonym:** INikolov
  **Author Created:** 2-D artwork
  **Citizen of:** Bulgaria

## Copyright Claimant

**Copyright Claimant:** Ivaylo Nikolaev Nikolov
Yordan Yovkov, Varna, 3, Bulgaria

## Rights and Permissions

**Name:** Ivaylo Nikolaev Nikolov
**Email:** ivo_nikolkow@yahoo.com
**Address:** Yordan Yovkov
Varna 3 Bulgaria

## Certification

**Name:** David Denholm
**Date:** April 04, 2025

**Applicant's Tracking Number:**    IN2025040428



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-452-866

**Effective Date of Registration:**
April 04, 2025
**Registration Decision Date:**
July 16, 2025

---

## Title
 

      **Title of Work:**  Original Oil Painting of Poppy Field on Canvas, Modern Impressionism

## Completion/Publication
 

      **Year of Completion:**  2015
    **Date of 1st Publication:**  December 04, 2015
   **Nation of 1st Publication:**  Bulgaria

## Author
 

     •     **Author:**  Ivaylo Nikolaev Nikolov
      **Pseudonym:**  INikolov
    **Author Created:**  2-D artwork
      **Citizen of:**  Bulgaria

## Copyright Claimant
 

  **Copyright Claimant:**  Ivaylo Nikolaev Nikolov
                      Yordan Yovkov, Varna, 3, Bulgaria

## Rights and Permissions
 

        **Name:**  Ivaylo Nikolaev Nikolov
       **Email:**  ivo_nikolkow@yahoo.com
    **Address:**  Yordan Yovkov
                Varna 3 Bulgaria

## Certification
 

       **Name:**  David Denholm
        **Date:**  April 04, 2025

**Applicant's Tracking Number:**   IN2025040414



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-452-850

**Effective Date of Registration:**
April 04, 2025
**Registration Decision Date:**
July 16, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Original Oil Painting on Canvas. Boats and old town. Modern impressionism |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | July 26, 2015 |
| **Nation of 1st Publication:** | Bulgaria |

## Author

| | |
|---|---|
| **Author:** | Ivaylo Nikolaev Nikolov |
| **Pseudonym:** | INikolov |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Bulgaria |
| **Pseudonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Ivaylo Nikolaev Nikolov<br>Yordan Yovkov, Varna, 3, Bulgaria |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Ivaylo Nikolaev Nikolov |
| **Email:** | ivo_nikolkow@yahoo.com |
| **Address:** | Yordan Yovkov<br>Varna 3 Bulgaria |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |

**Date:** April 04, 2025
**Applicant's Tracking Number:** IN2025040416



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-453-608

**Effective Date of Registration:**
April 04, 2025
**Registration Decision Date:**
July 23, 2025

---

## Title

**Title of Work:** Original pastel painting. Cow portrait. Modern art

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** December 10, 2018
**Nation of 1st Publication:** Bulgaria

## Author

- **Author:** Ivaylo Nikolaev Nikolov
  **Pseudonym:** INikolov
  **Author Created:** 2-D artwork
  **Citizen of:** Bulgaria

## Copyright Claimant

**Copyright Claimant:** Ivaylo Nikolaev Nikolov
Yordan Yovkov, Varna, 3, Bulgaria

## Rights and Permissions

**Name:** Ivaylo Nikolaev Nikolov
**Email:** ivo_nikolkow@yahoo.com
**Address:** Yordan Yovkov
Varna 3 Bulgaria

## Certification

**Name:** David Denholm
**Date:** April 04, 2025

Applicant's Tracking Number:   IN2025040429



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-452-851

**Effective Date of Registration:**
April 04, 2025
**Registration Decision Date:**
July 16, 2025

---

## Title
 

| | |
|---|---|
| **Title of Work:** | portrait of a white horse. Oil painting on canvas. Modern art |

## Completion/Publication
 

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | November 29, 2015 |
| **Nation of 1st Publication:** | Bulgaria |

## Author
 

| | |
|---|---|
| •   **Author:** | Ivaylo Nikolaev Nikolov |
| **Pseudonym:** | INikolov |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Bulgaria |

## Copyright Claimant
 

| | |
|---|---|
| **Copyright Claimant:** | Ivaylo Nikolaev Nikolov |
| | Yordan Yovkov, Varna, 3, Bulgaria |

## Rights and Permissions
 

| | |
|---|---|
| **Name:** | Ivaylo Nikolaev Nikolov |
| **Email:** | ivo_nikolkow@yahoo.com |
| **Address:** | Yordan Yovkov |
| | Varna 3 Bulgaria |

## Certification
 

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 04, 2025 |

**Applicant's Tracking Number:** IN2025040437



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-452-867

**Effective Date of Registration:**
April 04, 2025
**Registration Decision Date:**
July 16, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Original oil painting on canvas. Blue sea and white houses. Modern art |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | December 15, 2017 |
| **Nation of 1st Publication:** | Bulgaria |

## Author

| | |
|---|---|
| • **Author:** | Ivaylo Nikolaev Nikolov |
| **Pseudonym:** | INikolov |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Bulgaria |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Ivaylo Nikolaev Nikolov |
| | Yordan Yovkov, Varna, 3, Bulgaria |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Ivaylo Nikolaev Nikolov |
| **Email:** | ivo_nikolkow@yahoo.com |
| **Address:** | Yordan Yovkov |
| | Varna 3 Bulgaria |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 04, 2025 |

**Applicant's Tracking Number:**    IN2025040415



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-452-865

**Effective Date of Registration:**
April 04, 2025
**Registration Decision Date:**
July 16, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Oil painting on canvas. Sunset over the sea and sailboat. Modern art |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | July 15, 2017 |
| **Nation of 1st Publication:** | Bulgaria |

## Author

| | |
|---|---|
| • **Author:** | Ivaylo Nikolaev Nikolov |
| **Pseudonym:** | INikolov |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Bulgaria |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Ivaylo Nikolaev Nikolov |
| | Yordan Yovkov, Varna, 3, Bulgaria |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Ivaylo Nikolaev Nikolov |
| **Email:** | ivo_nikolkow@yahoo.com |
| **Address:** | Yordan Yovkov |
| | Varna 3 Bulgaria |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 04, 2025 |

**Applicant's Tracking Number:**   IN2025040406



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-452-862

**Effective Date of Registration:**
April 04, 2025
**Registration Decision Date:**
July 16, 2025

---

## Title
| | |
|---|---|
| **Title of Work:** | Original oil painting of colorful peacock. Modern art |

## Completion/Publication
| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | December 19, 2017 |
| **Nation of 1st Publication:** | Bulgaria |

## Author
| | |
|---|---|
| • **Author:** | Ivaylo Nikolaev Nikolov |
| **Pseudonym:** | INikolov |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Bulgaria |

## Copyright Claimant
| | |
|---|---|
| **Copyright Claimant:** | Ivaylo Nikolaev Nikolov |
| | Yordan Yovkov, Varna, 3, Bulgaria |

## Rights and Permissions
| | |
|---|---|
| **Name:** | Ivaylo Nikolaev Nikolov |
| **Email:** | ivo_nikolkow@yahoo.com |
| **Address:** | Yordan Yovkov |
| | Varna 3 Bulgaria |

## Certification
| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 04, 2025 |

**Applicant's Tracking Number:**   IN2025040412



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-453-606

**Effective Date of Registration:**
April 04, 2025
**Registration Decision Date:**
July 23, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Original pastel painting on cardboard. Modern painting bouquet of tulips |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | April 22, 2015 |
| **Nation of 1ˢᵗ Publication:** | Bulgaria |

## Author

| | |
|---|---|
| **Author:** | Ivaylo Nikolaev Nikolov |
| **Pseudonym:** | INikolov |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Bulgaria |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Ivaylo Nikolaev Nikolov |
| | Yordan Yovkov, Varna, 3, Bulgaria |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Ivaylo Nikolaev Nikolov |
| **Email:** | ivo_nikolkow@yahoo.com |
| **Address:** | Yordan Yovkov |
| | Varna 3 Bulgaria |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 04, 2025 |

Applicant's Tracking Number:   IN2025040426



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-453-385

**Effective Date of Registration:**
April 04, 2025
**Registration Decision Date:**
July 22, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Cow pastel portrait. Modern artwork |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Date of 1st Publication:** | March 29, 2021 |
| **Nation of 1st Publication:** | Bulgaria |

## Author

| | |
|---|---|
| **Author:** | Ivaylo Nikolaev Nikolov |
| **Pseudonym:** | INikolov |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Bulgaria |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Ivaylo Nikolaev Nikolov |
| | Yordan Yovkov, Varna, 3, Bulgaria |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Ivaylo Nikolaev Nikolov |
| **Email:** | ivo_nikolkow@yahoo.com |
| **Address:** | Yordan Yovkov |
| | Varna 3 Bulgaria |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 04, 2025 |

**Applicant's Tracking Number:** IN2025040402



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-453-596

**Effective Date of Registration:**
April 04, 2025
**Registration Decision Date:**
July 23, 2025

---

## Title

**Title of Work:** Original oil painting on canvas. Greek scenery, blue sea and white houses

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** November 04, 2020
**Nation of 1st Publication:** Bulgaria

## Author

- **Author:** Ivaylo Nikolaev Nikolov
  **Pseudonym:** INikolov
  **Author Created:** 2-D artwork
  **Citizen of:** Bulgaria

## Copyright Claimant

**Copyright Claimant:** Ivaylo Nikolaev Nikolov
Yordan Yovkov, Varna, 3, Bulgaria

## Rights and Permissions

**Name:** Ivaylo Nikolaev Nikolov
**Email:** ivo_nikolkow@yahoo.com
**Address:** Yordan Yovkov
Varna 3 Bulgaria

## Certification

**Name:** David Denholm
**Date:** April 04, 2025

Page 1 of 2

**Applicant's Tracking Number:** IN2025040419



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-453-605

**Effective Date of Registration:**
April 04, 2025
**Registration Decision Date:**
July 23, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Oil Painting landscape - autumn forest, bright red leaves, blue sky |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | October 27, 2015 |
| **Nation of 1st Publication:** | Bulgaria |

## Author

| | |
|---|---|
| • **Author:** | Ivaylo Nikolaev Nikolov |
| **Pseudonym:** | INikolov |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Bulgaria |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Ivaylo Nikolaev Nikolov |
| | Yordan Yovkov, Varna, 3, Bulgaria |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Ivaylo Nikolaev Nikolov |
| **Email:** | ivo_nikolkow@yahoo.com |
| **Address:** | Yordan Yovkov |
| | Varna 3 Bulgaria |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 04, 2025 |

Page 1 of 2

**Applicant's Tracking Number:** IN2025040403



**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Ivaylo Nikolaev Nikolov

                    Plaintiff,

v.

                                       Case No.:
                                       1:26–cv–04528

                                       Honorable Jeremy C. Daniel

The Partnerships and Unincorporated Associations
Identified on Schedule A

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 6, 2026:

      MINUTE entry before the Honorable Jeremy C. Daniel: Pursuant to the Notice of Voluntary Dismissal [13], this case is dismissed without prejudice. Civil case terminated. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.